THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. GEORGE BRAZIE, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 12, 1921; decided October 28, 1921.)

APPEAL from a judgment of the Supreme Court, rendered March 14, 1921, at a Trial Term for the county of Otsego, upon a verdict convicting the defendant of the crime of murder in the first degree.

*John G. Johnson, Sheldon H. Close* and *James J. Byard, Jr.,* for appellant.

*Adrian A. Pierson, District Attorney (N. P. Willis* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

HOWARD STREETER, Respondent, v. EUGENE N. Foss, Appellant.

*Attorney and client — action to recover for professional services — reasonableness of charge.*

*Streeter* v. *Foss,* 192 App. Div. 941, affirmed.

(Argued October 12, 1921; decided October 28, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1920, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for services alleged to have been rendered by plaintiff, as attorney and counselor at law, for defendant in a certain action in the United States District Court for the Northern District of New York. The only question litigated was as to the reasonableness of the charge.

*Omri F. Hibbard* and *J. Bradley Tanner* for appellant.
*William S. Haskell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.